Roxie Toomajan, appellee, v. Harry J. Toomajan, appellant. Gen. No. 8,616.

Opinion filed September 20, 1933.

Edwards & Block, for appellant; Sidney H. Block and J. E. Bairstow, of counsel. Gerald C. Snyder, for appellee.

Mr. Justice Huffman delivered the opinion of the court.

Charles W. Gelino and Alexander F. Gelino, appellees, v. Fred O. Swannell et al., appellants. Gen. No. 8,631.

Opinion filed September 20, 1933.

Hunter & Minor, for appellants. Claude M. Granger and Donald Gray, for appellees.

Mr. Justice Huffman delivered the opinion of the court.

Nellie May Ellis; executrix of the estate of Walter A. Righter et al., appellees, v. Walter Blaine Righter et al., appellants. Gen. No. 8,645.

Opinion filed September 20, 1933. Rehearing denied December 2, 1933.

Arthur A. Lowry, for appellants. Adsit, Thompson & Herr, for appellees.

Mr. Justice Huffman delivered the opinion of the court.

The People of the State of Illinois ex rel. Robert M. Gibboney, appellee, v. Board of Education in and for the School District of Rockford, appellant. Gen. No. 8,653.

Opinion filed September 20, 1933. Rehearing denied October 10, 1933.

Roy H. Brown, for appellant. North, Linscott, Gibboney & North, for appellee.

Mr. Justice Huffman delivered the opinion of the court.

George W. Jackson, appellee, v. Illinois Central Railroad Company, appellant. Gen. No. 8,662.

Opinion filed September 20, 1933.

Hunter & Minor, for appellant; V. W. Foster, of counsel. Miller & Shapiro, for appellee.

Mr. Justice Huffman delivered the opinion of the court.